**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_PANAMA CITY_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

CLIFFORD HAROLD WASHBURN,
Inmate # 11-005397
(Enter full name of Plaintiff)

vs.

CASE NO: 5:12cv369-SPM-CJK
(To be assigned by Clerk)

MR. D. GILBERT (CLASSIFICATION)
CPL. HOGAN (D.R. OFFICER),
MR. RIGSBY (CHIEF OF SECURITY)
RICK ANGLIN (WARDEN),

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Rec'd 1115'12 UsDcFln3PM0112          Filed 1114'12 UsDcFln5PM0238

I.  **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: CLIFFORD HAROLD WASHBURN
Inmate Number: 11-005397
Prison or Jail: BAY COUNTY JAIL
Mailing address: 5700 STAR LN.
PANAMA CITY, FL.
32404

II.  **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: MR. D. GILBERT
    Official position: CLASSIFICATION
    Employed at: BAY COUNTY JAIL
    Mailing address: 5700 STAR LN.
    PANAMA CITY, FL. 32404

(2) Defendant's name: CPL. HOGAN
    Official position: CORPORAL/D.R. COURT
    Employed at: BAY COUNTY JAIL
    Mailing address: 5700 STAR LN.
    PANAMA CITY, FL. 32404

(3) Defendant's name: MR. RIGSBY
    Official position: CHIEF OF SECURITY
    Employed at: BAY COUNTY JAIL
    Mailing address: 5700 STAR LN.
    PANAMA CITY, FL.
    32404

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

p. 2A

ADDITIONAL DEFENDANT'S
_____

(4) NAME ; RICK ANGLIN
POSITION ; WARDEN
EMPLOYED AT ; BAY COUNTY JAIL
MAILING
ADDRESS ; 5700 STAR LN.
PANAMA CITY, FL.
32404

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)   No( )

1. Parties to previous action:
   a. Plaintiff(s): CLIFFORD H. WASHBURN
   b. Defendant(s): JAMES WELLS
2. District and judicial division: OKALOOSA SHRFS. INVESTIGATOR
3. Name of judge: N/A   Case #: N/A
4. Approximate filing date: 1994
5. If not still pending, date of dismissal: 1995
6. Reason for dismissal: PLAINTIFF DROPPED CASE

3

7. Facts and claims of case: _MR. WELLS UNLAWFULLY CONFISCATED PERSONAL PROPERTY FROM PLNTF._

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

(1) 10-19-'12; Plaintiff was ordered to move from protective custody back into A2 which plaintiff three months earlier had an altercation with an inmate and received injuries. Plaintiff at that time had asked to be moved to protective custody because other inmates who were part of the perpetrators "click" were in the dorm attempting to do plaintiff harm. Permission was granted through the defendants. Plaintiff had refused at that time to move to A-1 because perpetrator also had a "click" over there.

(2) After the 3 months in protective custody on 10-19-'12 when plaintiff refused to go back to A-2 dorm he was told that he (I) would remain in disciplinary confinement until plaintiff is released from jail, and that every ten day sentence if plaintiff did not return to A-2 (the dorm where this problem started), thus on 11-1-'12 plaintiffs D.C. time was up and the defendants ordered plaintiff to go to A-2 dorm, this plaintiff denied and was charged with "disobeying a verbal order" and sentenced to

5

TEN MORE DAYS, THUS "UNLAWFULLY" PUNISHING PLAINTIFF FOR WANTING TO PROTECT HIMSELF FROM HARM BECAUSE PLAINTIFF KNEW THAT INMATES INVOLVED IN ORIGINAL ALTERCATION WERE HOUSED THROUGHOUT A-2 AND A-1. PLAINTIFF WROTE REQUESTS AND PLEADED WITH THE D.R. COURT AND WAS TOLD TO GO TO A-2, WAIT FOR AN ALTERCATION, THEN "CHECK BACK INTO PROTECTIVE CUSTODY". THUS, VIOLATING PLAINTIFF'S CIVIL RIGHTS TO PROTECT HISSELF FROM BODILY INJURY OR DEATH BY UTILIZING THE PROTECTIVE CUSTODY STATUS WITHOUT DISCIPLINARY RETALIATION.

(4) PLAINTIFF FILES AN INFORMAL GRIEVANCE ON THE FIRST D.R. AND IT WAS DENIED. PLAINTIFF ASKED FOR A FORMAL GRIEVANCE FROM OFFICERS AND WAS TOLD THEY DIDN'T HAVE ANY WHICH IS COMMON IN THIS FACILITY. PLAINTIFF ALSO FILES AN APPEAL TO THE FIRST AND SECOND DISCIPLINARY REPORT AND THUS WERE DENIED ALSO.

(5) PLAINTIFF IS ONLY TRYING TO KEEP PROBLEMS FROM ARISING WITH OTHER INMATES IN POPULATION. THE P.C. DORM HAS MANY INMATES WHO DO NOT ACTUALLY NEED PROTECTIVE CUSTODY STATUS. ON 10-19-12 EIGHT PEOPLE WERE REVIEWED TO BE FORCED TO GO BACK TO POPULATION. ONLY FOUR WERE PICKED TOO STAY AND FOUR TOO LEAVE. THUS THE FOUR THAT LEFT ARE ALL IN DISCIPLINARY CONFINEMENT FOR SAME REASON," TO PROTECT THEMSELVES FROM HARM IN THE POPULATION DORM. THIS UNLAWFUL AND UNPROFESSIONAL ACT BY THE DEFENDANTS HAS CREATED AN ISSUE THAT WARRANTS AN INVESTIGATION IN THIS COMPLAINT.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1) The right to protect oneself in a jail or institution by utilizing the protective custody status.

(2) The right to be free of disciplinary and unusual and excessive punishment by the facility when evidence is evident that a threat still exists at this facility.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

To be ordered back into protective custody; to punish defendants by fines to pay for court cost and filing fees and to punish defendants by suspending them for up to 120 days without pay.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

11/12/12
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the _12_ day of _November_, 20_12_.

(Signature of Plaintiff)

Revised 03/07

7

# BAY COUNTY SHERIFF'S OFFICE JAIL FACILITY

## DISCIPLINARY INVESTIGATION REPORT

INMATE NAME: Washburn, Clifford    BOOKING #: 11-5597

CHARGE(S): Disobeying a verbal/written order

The Inmate has been advised of the following rights: *(Please Initial)*

- You have the right to a hearing for the offense ___X___
- You have the right to name a witness(es) (Witness Statement Form) ___X___
- You have the right to a 24 hour notice of hearing ___X___
- You have the right to be present for your hearing (disruptive or uncooperative behavior at time of hearing will negate this right) ___X___
- Witness Names: __NO__

Charged inmate's version of infractions: *(For additional comments use reverse side)*

None stated

|  | (Circle one) | |
|---|---|---|
| Inmate waives 24 hour notice of hearing: *(If yes, inmate will see Disciplinary Officer within 24 hours)* | YES | **NO** |
| Staff assistance offered: *(explanation of charges, interpreter, etc.)* | YES | **NO** |

Inmate received copy of report: Date __10/19/12__ Time __0535__ Initials __CpM__

Inmate Signature: _____ Print: _____

I have reviewed the report for:

|  | (Circle One) | | |
|---|---|---|---|
| • Names, dates, time and accuracy | **YES** | NO | NA |
| • Charges fit the body of the report | **YES** | NO | NA |
| • Inmate on Administrative Status | **YES** | NO | NA |
| • Evidence recovered and pictures attached | | | |
| • Pictures attached (label w/all pertinent inmate information as well as photographer's name) | YES | NO | **NA** |
| • Chain of evidence completed and attached | YES | NO | **NA** |
| • Witness Statements attached | YES | NO | **NA** |

Investigating Sergeant or above: _____ Sign _____ Corporal A. [illegible] Acting Sgt _____ Print

Date: __10/19/12__ Time: __0535__

# BAY COUNTY SHERIFF'S OFFICE

## JAIL FACILITY

## DISCIPLINARY REPORT

LOG #

**I. INMATE INFORMATION:**
INMATE NAME: Washburn, Clifford    BOOKING # 11-5397
HOUSING LOCATION: C1
OFFENSE: Disobeying a verbal or written order
INFRACTION DATE: 10-18-12    DATE REPORT WRITTEN: 10-19-12

**II. STATEMENT OF FACTS:** (include date, time, place, circumstances, evidence, and witnesses).

On October 18, 2012, I/m Washburn was set to classmove from C1 to A2 per Chief of security. I/m Washburn refused to move and was placed in C4 on A/C pending disposition of this report.

DATE REPORT WRITTEN: 10-18-12    TIME: 2300
SIGNATURE OF REPORTING OFFICER: [signed]
NAME & POSITION (please print): Lt. D. Gresko

**III. REVIEW OF DISCIPLINARY REPORT:** APPROVED [X]  DISAPPROVED [ ]
SUPERVISOR'S SIGNATURE: [signed]
PRINT NAME & POSITION: Corporal Ashenbaugh Acting Sgt.
DATE REPORT REVIEWED: 10/19/12

02/20/2012

**BAY COUNTY SHERIFF'S OFFICE JAIL FACILITY**

C3 /4U

## INMATE DISCIPLINARY HEARING REPORT

**Inmate Name:** Washburn, Clifford  **Booking Number:** 11-2397

**Hearing Date:** 10/23/12  **Hearing Time:** 10:20 AM

**Inmate Plea:**  Guilty ☐   Not Guilty ☑

**Board/Hearing Officer's Findings:**  Guilty ☑   Not Guilty ☐

**Reason for Findings:** Inmate Washburn stated he was afraid of Charles Smith which is A3, Couch Harry, whom is A1. Inmate Washburn was explained he could be housed in A2. Inmate Washburn stated he wouldn't go in A door because he was afraid.

**Penalty Recommendations:** 10 days confinement of those inmates inmate Washburn threaten. The committee with cur/action.

**Reason for Penalty:** Inmate Washburn did violate BCJS 1302 Disobeying a verbal order.

**I wish to appeal:** YES ☑   NO ☐

(Request provided by Disciplinary Officer)   Inmate Sign & Print
**Date:** 10/23/12

**State specific reason for appeal:** Inmate Washburn appealing the sanctions because he knows if he go to A dorm it will be a problem

**Hearing Officer/Chairperson:** Cpl Hogan

**Member:** RC Lynch   **Member:** L. Sull

**Disciplinary Report Reviewed by:** Mugg   S Bush
   Sign              Print
   Administrative Chief or Designee

**Date Signed:** 11-26-12

# BAY COUNTY SHERIFF'S OFFICE JAIL FACILITY

## DISCIPLINARY INVESTIGATION REPORT

INMATE NAME: _Clemmons Antheusa_ BOOKING #: _11-__97_

CHARGE(S): _Refusal to obey a lawful order of a staff member_

The Inmate has been advised of the following rights: *(Please Initial)*

- You have the right to a hearing for the offense ___
- You have the right to name a witness(es) (Witness Statement Form) ___
- You have the right to a 24 hour notice of hearing ___
- You have the right to be present for your hearing (disruptive or uncooperative behavior at time of hearing will negate this right. ___
- Witness Names: _N/A_

Charged inmate's version of infractions: *(For additional comments use reverse side)*

_N/A_

|  | (Circle one) | |
|---|---|---|
| Inmate waives 24 hour notice of hearing: *(If yes, inmate will see Disciplinary Officer within 24 hours)* | YES | **NO** |
| Staff assistance offered: *(explanation of charges, interpreter, etc.)* | YES | **NO** |

Inmate received copy of report: Date _11-2-12_ Time _16:17_ Initials ___

Inmate Signature: ___ Print: ___

| I have reviewed the report for: | (Circle One) | | |
|---|---|---|---|
| Names, dates, time and accuracy | **YES** | NO | NA |
| Charges fit the body of the report | **YES** | NO | NA |
| Inmate on Administrative Status | **YES** | NO | NA |
| Evidence recovered and pictures attached | | | |
| Pictures attached (label w/all pertinent inmate information as well as photographer's name) | YES | NO | **NA** |
| Chain of evidence completed and attached | YES | NO | **NA** |
| Witness Statements attached | YES | NO | **NA** |

Investigating Sergeant or above: _Sgt. J. Sim_ _Sgt. J. Slobins_
                                              Sign                        Print

Date: _11-2-12_ Time: _16:17_

**BAY COUNTY SHERIFF'S OFFICE**

**JAIL FACILITY**

# DISCIPLINARY REPORT

**LOG #**

## I. INMATE INFORMATION:
**INMATE NAME:** Washburn, Clifford   **BOOKING #** 11-5397
**HOUSING LOCATION:** C3-14u
**OFFENSE:** Minor 17; Refusal to obey a lawful order of a staff member.
**INFRACTION DATE:** 11-1-12   **DATE REPORT WRITTEN:** 11-1-12

## II. STATEMENT OF FACTS: (include date, time, place, circumstances, evidence, and witnesses).

I/M Washburn, Clifford #11-5397 is in violation of Rule Minor 17; Refusal to obey a lawful order of a staff member. On November 1, 2012 while assigned as a confinement officer at approximately 21:00, Inmate Washburn was instructed to pack his belongings and ready himself for a class move. Inmate Washburn advised me that he was refusing the class move. Lt. Greske was notified and authorized this report. Inmate Washburn will remain in C3-14u on DC status pending the disposition of this report.

**DATE REPORT WRITTEN:** 11-1-12   **TIME:** 2145
**SIGNATURE OF REPORTING OFFICER:** M. Lathan
**NAME & POSITION (please print):** M. Lathan, Officer

## III. REVIEW OF DISCIPLINARY REPORT: APPROVED ☒ DISAPPROVED ☐
**SUPERVISOR'S SIGNATURE:** _____
**PRINT NAME & POSITION:** Sgt. J. D_____
**DATE REPORT REVIEWED:** 11-2-12   0600

02/20/2012

# INFORMAL GRIEVANCE

## BAY COUNTY SHERIFF'S OFFICE
## JAIL FACILITY

### INMATE REQUEST FORM

TO: CHIEF OF SECURITY

DATE: 10/29/12

FROM (INMATE NAME): CLIFFORD WASHBURN

BOOKING #: 11-005397     HOUSING LOCATION: C-3/14L

REQUEST: I AM FILING THIS GRIEVANCE DUE TO MY SITUATION OF BEING IN DISCIPLINARY CONFINEMENT. I FEEL THAT I DID NOT HAVE A CHOICE IN DISOBEYING A VERBAL ORDER TO MOVE BACK TO A-DORM WHEN ALL OF MY PROBLEMS THAT ENDED ME IN PROTECTIVE CUSTODY IN FACT CAME FROM THAT DORM. THE CLASSIFICATION THAT PUT ME IN PROTECTIVE CUSTODY IS IN FACT THE SAME ONES TAKING ME OUT. I WANT TO GO INTO FURTHER DETAIL SO SEE ADDITIONAL PAGES.

RESPONSE: This was given to me to answer. Your statement named 2 inmates that allegedly have a problem with you. Im Couch is in A1 and is no longer assigned to do any work. IM Smith is in A3 on the other side of the Dorm and is awaiting to go to DOC, he is not allowed to do any work assignments in the Dorm. You have not identified anyone in A2 that have a problem with you.

OFFICIAL SIGNATURE: D. Gilbert     TITLE: CC

Property of BAY COUNTY SHERIFF'S OFFICE JAIL FACILITY

*Do Not Alter or Revise this form. 4-15-11*

Housing Record Show 6-8 mos.

①

I WAS IN LIFELINE FOR 8 MONTHS WHEN I FIRST GOT HERE AND GOT A D.R. FOR CONTRABAND. I THEN WAS PLACED INTO A-2. THREE DAYS BEFORE I WENT TO LIFELINE I WAS IN A-2 AND GOT INTO A FIGHT IN MY CELL. ONLY THAT ONE I DIDN'T GET CAUGHT FOR. THEN AFTER LIFELINE I GOT PUT BACK IN A-2. I DON'T HAVE ANY VIOLENT CHARGES, AND I COMPLETED LIFELINE SO WHY AM I STILL IN MAX CUSTODY? THEN, THE SITUATION THAT GOT ME INTO C-1 WAS LARRY COUCH. HE WAS THE ORDERLY IN A-4 AND HE PASSED OUT TRAYS TO THE OTHER PODS. HE WAS SMUGGLING CIGARETTES AND DRUGS FROM A-4 SO IN TURN HE HAD ALOT OF "ASSOCIATES". HE WAS STARTING FIGHTS ALMOST EVERYDAY. AN INMATE NAMED "CRUZ" HEARD ME TELLING ANOTHER INMATE ABOUT WHY "COUCH" IS ALWAYS MESSING WITH PEOPLE. THEN I WENT IN MY CELL TO DRAW AND INMATE COUCH RUSHED IN AND ATTACKED ME LEAVING A BAD CUT AND A BLACK EYE ON ME. I RECOVERED AND CHASED HIM OUT MY CELL THE A BUNCH OF HIS "ASSOCIATES" WERE READY TO JUMP ME, THE INMATES HE WAS SUPPLYING CIGARETTES AND DOPE TO. THEM INMATES ARE STILL IN A-2 AND "COUCH" IS IN A-1. IT IS EASY TO PUT A HIT ON AN INMATE, IN WHICH "COUCH" HAS DONE ON ME. I'VE HAD INMATES COME BACK FROM COURT TELLING ME THIS OR ONE TIME COUCH AND I WENT TO COURT TOGETHER AND THE INMATES WERE TELLING ME "DON'T COME BACK TO A-DORM THERE'S A HIT ON YOU AND WE HEARD YOU WAS A SNITCH ALSO FROM CHARLIE SMITH. AND I DON'T SNITCH

ON ANYONE. I KNOW THAT IF I GO BACK TO A-DORM OR ANY POPULATION FOR THAT MATTER, THAT I WILL GET INTO ANOTHER FIGHT. IN D.R. COURT I WAS TOLD THAT I WOULD REMAIN IN D.C. UNTIL I LEAVE BECAUSE I REFUSE TO GO TO A-DORM. I AM ONLY TRYING TO PROTECT MYSELF. I KNOW EVERYONE IN C-1 AND I DON'T FEEL THREATENED OVER THERE. I DON'T LIKE THE "LABEL" FOR BEING OVER THERE BUT IT'S SAFER FOR ME. TO BE AN OFFICER YOU ARE SUPPOSED TO FOLLOW THE RULES OF CHPTR. 33. CHPTR. 33 - STATES THAT AN OFFICER IS TO FOLLOW THE 3 C'S; "CARE, CUSTODY AND CONTROL" YET THESE 3 GUIDELINES ARE CLEARLY NOT EVIDENT IN MY SITUATION. ALSO, I SAW NOWHERE IN CHPTR. 33 WHERE IT STATES THAT AN INMATE SHOULD BE TAKEN FROM PROTECTIVE CUSTODY INTO POPULATION WHEN THE THREAT OF AN ATTACK IS EMINENT. I WAS IN PRISON 5 TIMES AND I NEVER SAW IT THERE EITHER. AND ONCE IN PROTECTIVE CUSTODY, AND ONCE YOU'VE BEEN LABELED, THEN ANYWHERE YOU GO IN POPULATION IS A THREAT TO YOUR PERSONAL SECURITY. ALSO, I WOULD LIKE TOO SAY THAT THE OTHER FOUR IN- MATES THAT WERE REVIEWED WERE NOT REMOVED AND THERE SITUATIONS ARE NOT AS DIRE AS MINE. ALSO, WE WERE TOLD BY LT. GRESCO THAT "WE'RE IN JAIL" LIVE WITH IT.' SHE ALSO ASKED US OUR CHARGES LOUDLY WHILE WE WERE STANDING IN THE MIDDLE OF C-4 WITHOUT YELLOW SUITS ON,' WHICH FALLS UNDER THE 2ND AMENDMENT AS "CRUEL AND UNUSUAL PUNISHMENT". I WOULD LIKE TO SAY THAT I INTEND TO FILE A HABEOUS CORPUS

on this facility for this violation of my civil p. 2 rights. I am allowed to protect myself from harm's way by going to protective custody. I intend to file a "1983 42 U.S.C." under a "civil rights complaint form also after I leave this jail and go to prison. I have too do this because I am being punished for not wanting to get hurt or take the chance of getting killed in a very violent dorm. Two other inmates are in C-1 because of inmate Couch and his "pack of wolves", also, he received an "extortion" charge on one of them and pulled a shank on inmate "Moore". So this facility knows the threats of this inmate. I, in turn could've hurt him badly myself due to my martial arts skills. But when someone sneaks up on you, hits you, and blood is pouring out your head, then you cannot recover well enough to fight back.

I have never caused a problem in this jail. I have always tried to obey the rules. But I cannot go back to A-dorm. I feel like I should be placed back into protective custody in C-1 for my personal safety. I know that I was reviewed and my case was rejected along with 3 other inmates; yet, they didn't get jumped, and I did. My threat too me is real here and this facility is wrong in

TRYING TO FORCE ME TO GO BACK TO A-DORM OR BE RETALIATED AGAINST BY PUNISHING ME AND LEAVING ME TO SUFFER IN DISCIPLINARY CONFINEMENT. I AM BEGGING YOU TO NOT TO DO THIS TO ME, PLSE? AND I AM FILING THIS INFORMATION ON THIS MATTER BECAUSE I FEEL I'LL GET PUNISHED BECAUSE I DON'T WANT GET HURT. I HOPE THIS SITUATION CAN BE RESOLVED WITHOUT FURTHER LEGAL ENFORCEMENT FROM THE COURTS.

THANK YOU,

[signature]

TO THE CLERK,

I COULD NOT GET MY "PRISONER CONSENT FORM AND FINANCIAL CERTIFICATE" BACK FROM THIS FACILITY. I THINK THEY THREW IT AWAY. I'M SURPRISED IF YOU EVEN GET ALL OF THIS PAPERWORK I'M SENDING BUT THE MAILROOM MIGHT SEND IT ALL. SO, I HAVE A BLANK COPY, IF YOU COULD CONTACT THIS JAIL AND HAVE THEM FAX YOU A COPY OF MY ACCOUNT THEN IT WOULD HELP ME OUT, I CAN'T GET THEM TO COMPLY. I ALSO ASKED FOR A "FORMAL GRIEVANCE" AND I WAS TOLD THEY DON'T HAVE ANY. THIS FACILITY VIOLATES ALL OF AN INMATES RIGHTS AND WE ARE TOLD WE DON'T HAVE ANY. THESE PEOPLE LAUGHED WHEN I TOLD THEM I WAS FILING THIS. I AM STILL IN CONFINEMENT. THIS IS ALL I COULD SEND. THANK YOU,

Rec'd1115'12UsDcFln3PM0114                    Rec'd1114'12UsDcFln5PM0237

CLIFF WASHBURN   11-005397

BCSO - Jail Facility
5700 Star Lane
Panama City, FL 32404

LEGAL
MAIL

{ 1983 42 U.S.C.
  CIVIL RIGHTS
  COMPLAINT FORM }

CLERK OF U.S. DISTRICT COURT
30 W. GOVERNMENT ST.
PANAMA CITY, FL.
32401

U.S. POSTAGE >> PITNEY BOWES
ZIP 32404 $ 000.45
02 1W
0001371023 NOV. 13 2012