IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLIFFORD HAROLD WASHBURN,
    Plaintiff,

vs.                                                  Case No.: 5:12cv369/SPM/CJK

D. GILBERT, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff, a prisoner proceeding *pro se*, commenced this civil rights action on November 14, 2012, by filing a complaint under U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Docs. 1 and 2). The plaintiff's *in forma pauperis* motion was found to be deficient and he was ordered to file a complete and updated motion, or pay the $350.00 filing fee. (Doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, plaintiff has not complied with the order, and has not responded to the court's January 29, 2013 order (doc. 5) requiring plaintiff to show cause why this case should not be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.    That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2.    That the clerk be directed to close the file.

DONE AND ORDERED this 6th day of March, 2013.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).