UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLIFFORD HAROLD WASHBURN,

    Plaintiff,

v.                          CASE NO.: 5:12cv369-SPM/CJK

D. GILBERT, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 6, 2013. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objection timely filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with orders of the court.

    3.    The Clerk is directed to close this case.

**DONE and ORDERED** this 9th day of April, 2013.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**